### PEOPLE v. TUNNICLIFFE.

(*Supreme Court, General Term, Third Department.*   September 21, 1889.)

PLEADING—ANSWER.
    An answer denying "the said complaint in each and every allegation therein
    contained" is not frivolous.

Appeal from special term, Warren county.

Action by the people of the state of New York against George W. Tunni-
cliffe for penalties for violating game laws of New York.   Laws 1879, c. 534,
§ 19.   After answer by defendant, plaintiff moved for judgment on the ground
that such answer was frivolous.   The court awarded judgment for plaintiff
unless defendant amended his answer.   Defendant appeals.

Argued before LEARNED, P. J., and FISH and PUTNAM, JJ.

*Coyle & Cunningham,* for appellant.   *Charles R. Patterson,* Dist. Atty.,
for respondent.

LEARNED, P. J.   We are satisfied that the answer in this case was a good
denial of all the allegations in the complaint. · It denies the complaint in
each and every allegation therein contained.   This plainly means that the
defendant denies all the allegations of the complaint.   Neither complaint
nor answer was verified.   There was therefore no reason why the defendant
should attempt any evasive denial.   We think that the answer was not friv-
olous.   The order appealed from is reversed, with $10 costs and printing
disbursements, and the motion for judgment on the frivolousness of the
answer is denied, with costs.

FISH, J., concurs.   PUTNAM, J., not voting.